UNITED STATES of America, Plaintiff–Appellee,

v.

Luis O'CONNOR, Defendant–Appellant.

No. 08–15076
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 8, 2009.

Luis O'Connor, Atlanta, GA, pro se.

Before TJOFLAT, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

Edward D. Reagan, appointed counsel for Luis O'Connor, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and O'Connor's conviction and sentence are **AFFIRMED.**